UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN LATCH, an unmarried adult,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GRAYS HARBOR COUNTY, a Washington State municipal corporation; and SIERRA PACIFIC INDUSTRIES, a foreign corporation; JUNCTION CITY DEVELOPMENT COMPANY, LLC, a limited liability company,<br><br>　　　　Defendants. | Case No. C07-5633 FDB<br><br>ORDER OF REMAND TO THURSTON COUNTY SUPERIOR COURT |

On December 1, 2008 The parties were directed to show cause, no later than December 10, 2008, the basis for federal jurisdiction and why this matter should not be remanded to Thurston County Superior Court. In response, the parties state that they are in agreement that no federal claim has been asserted against the remaining Defendants Sierra Pacific Industries and Junction City Development Company, LLC and stipulate to a remand to the state court.

ACCORDINGLY;

IT IS ORDERED:

This matter is REMANDED to Thurston County Superior Court.

DATED this 9th day of December, 2008.

　　　　　　　　　　　　　　　　　　FRANKLIN D. BURGESS
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER - 1